1   Frank Woodson
    Navan Ward
2   **BEASLEY, ALLEN, CROW, METHVIN,**
    **PORTIS & MILES, P.C.**
3   218 Commerce Street
    P.O. Box 4160
4   Montgomery, Alabama 36103
    Telephone: 334-269-2343
5   Facsimile: 334-954-7555
    Attorneys for Plaintiffs
6

7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX            **MDL NO. 1699**
    MARKETING SALES PRACTICES AND         **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *James Alan Bell vs. G.D. Searle LLC, et al.*   **AMENDED STIPULATION AND**
    (05-4450 CRB)                                   **ORDER OF DISMISSAL WITH**
16                                                  **PREJUDICE**

17  *James Rogers Fanning vs. G.D. Searle LLC, et al.*
    (05-4453 CRB)
18

19  *John J. Driscoll vs. Pfizer Inc, et al.*
    (05-4584 CRB)

20  *Barbara Clem vs. G.D. Searle LLC, et al.*
    (05-4736 CRB)
21

22  *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
    (05-5360 CRB)

23  *Johnny Edwards vs. Pfizer Inc, et al.*
    (06-1914 CRB)
24

25  *William Crowley vs. Pfizer Inc*
    (06-2668 CRB)

26  *Connie B. Anderson vs. Pfizer Inc, et al.*
    (06-2784 CRB)
27

28  *Tracy Baral vs. Pfizer Inc, et al.*
    (06-2912 CRB)

                              -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2  *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
   (06-2940 CRB)

3  *Michael Castle, et al. vs. Pfizer Inc, et al.*
   (06-3061 CRB)
4
   *Henry Anderson vs. Pfizer Inc, et al.*
5  (06-3418 CRB)

6  *Carolyn Chasteen vs. Pfizer Inc, et al.*
   (06-3433 CRB)
7
   *James Craig vs. Pfizer Inc, et al.*
8  (06-3554 CRB)

9  *Connie Akridge vs. Pfizer Inc, et al.*
   (06-3555 CRB)
10
   *Faye Cochran vs. G.D. Searle LLC, et al.*
11 (06-3654 CRB)

12 *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
   (06-3657 CRB)
13
   *David Dobbins vs. Pfizer Inc, et al.*
14 (06-3950 CRB)

15 *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
   (06-4012 CRB)
16
   *Jerry Goodman vs. Pfizer Inc, et al.*
17 (06-4013 CRB)

18 *Gene N. Gordon vs. G.D. Searle LLC, et al.*
   (06-4294 CRB)
19
   *Alyce B. Elliott vs. Pfizer Inc, et al.*
20 (06-4419 CRB)

21 *Roger D. Conner vs. G.D. Searle LLC, et al.*
   (06-4483 CRB)
22
   *Elaine Givens vs. Pfizer Inc, et al.*
23 (06-4608 CRB)

24 *Shelia Adams, et al. vs. Pfizer Inc, et al.*
   (06-5040 CRB)
25
   *Veronica Grice, et al. vs. Pfizer Inc, et al.*
26 (06-5385 CRB)

27 *Jeffery L. Davis vs. Pfizer Inc, et al.*
   (06-7009 CRB)
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2595197.1

1  *Rick Detmer, et al. vs. Pfizer Inc, et al.*
   (06-7523 CRB)
2
3  *Randy Gunter, et al. vs. Pfizer Inc, et al.*
   (06-7524 CRB)
4  *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
   (06-7770 CRB)
5
   *Christene Canada vs. Pfizer Inc, et al.*
6  (06-7771 CRB)
7  *Christine Erickson, et al. vs. Pfizer Inc, et al.*
   (06-7772 CRB)
8
   *Dannie Graham vs. Pfizer Inc, et al.*
9  (06-7774 CRB)
10 *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
   (06-7775 CRB)
11
   *Michael Fisher vs. Pfizer Inc, et al.*
12 (07-0761 CRB)
13 *George S. Chiotakis vs. Pfizer Inc, et al.*
   (07-0860 CRB)
14
   *Ricky Estep vs. Pfizer Inc, et al.*
15 (07-0971 CRB)
16 *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
   (07-1124 CRB)
17
   *Shirley Darling, et al. vs. Pfizer Inc, et al.*
18 (07-1356 CRB)
19 *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
   (07-1371 CRB)
20
   *Richard L. Bowden vs. Pfizer Inc, et al.*
21 (07-1375 CRB)
22 *Betty Grulke vs. Pfizer Inc, et al.*
   (07-1768 CRB)
23
   *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
24 (07-1874 CRB)
25 *Phyllis Buonopane vs. Pfizer Inc, et al.*
   (07-2026 CRB)
26
   *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
27 (07-3034 CRB)
28 *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

1   (07-3643 CRB)

2   *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
    (07-3646 CRB)
3
    *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
4   (07-3955 CRB)

5   *Helen Alexander, et al. vs. Pfizer Inc, et al.*
    (07-4382 CRB)
6
    *James Dauphinais, et al. vs. Pfizer Inc, et al.*
7   (07-4983 CRB)

8   *James Darty vs. G.D. Searle LLC, et al.*
    (07-5399 CRB)
9
    *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
10  (07-5590 CRB)

11  *Morris Adams, et al. vs. Pfizer Inc, et al.*
    (07-5591 CRB)
12
    *Peter Fos vs. Pfizer Inc, et al.*
13  (07-5685 CRB)

14  *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
    (07-5703 CRB)
15
    *Vivian Cobb vs. Pfizer Inc, et al.*
16  (08-0257 CRB)

17  *Roberta Bowman vs. Pfizer Inc, et al.*
    (08-0303 CRB)
18
    *Harriet Bratcher vs. Pfizer Inc, et al.*
19  (08-0795 CRB)

20  *Olive Beebe, et al. vs. Pfizer Inc, et al.*
    (08-0977 CRB)
21
    *Ramond Beaver vs. Pfizer Inc, et al.*
22  (08-1015 CRB)

23  *Robert Colman vs. Pfizer Inc, et al.*
    (08-1016 CRB)
24
    *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
25  (08-1224 CRB)

26  *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
    (08-1351 CRB)
27
    *Tim Gray vs. Pfizer Inc, et al.*
28  (08-1434 CRB)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1
2  *Owen L. May, et al. vs. Pfizer Inc, et al.*
   (08-1590 CRB)

3  *Ronald Carr, et al. vs. Pfizer Inc, et al.*
   (08-1591 CRB)
4
   *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5  (08-1746 CRB)

6  *Earnest Colvin vs. Pfizer Inc, et al.*
   (08-2470 CRB)
7
   *Velma Burt vs. Pfizer Inc, et al.*
8  (08-2471 CRB)

9  *Sarah Benton vs. Pfizer Inc, et al.*
   (08-2605 CRB)
10
   *Lawanda Bell vs. Pfizer Inc, et al.*
11 (08-3708 CRB)

12      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15 each side bearing its own attorneys' fees and costs.

16

17

18

19

20

21

22  DATED: 10|2|2009        By: Varan Ward F.

23

24                          **BEASLEY, ALLEN, CROW, METHVIN,**
                            **PORTIS & MILES, P.C.**
                            218 Commerce Street
25                          P.O. Box 4160
                            Montgomery, Alabama 36103
26                          Telephone: 334-269-2343
                            Facsimile: 334-954-7555
27
                            *Attorneys for Plaintiffs*
28

                                        -5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1  DATED: Oct. 29, 2009      By: _____

2

3                            **DLA PIPER LLP (US)**
                             1251 Avenue of the Americas
4                            New York, New York 10020
                             Telephone: 212-335-4500
                             Facsimile: 212-335-4501
5

6                            *Defendants' Liaison Counsel*

7

8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
9  IT IS SO ORDERED.**

10

11  Dated: NOV 1 3 2009

12                            Hon. Charles R. Breyer
                             United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42595197.1